FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 17 2026

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JAMES PRESTON TARKINGTON**                                     **PLAINTIFF**

**v.**                                   **No. 4:26-cv-414-DPM**

**USA; U.S. DEPARTMENT OF JUSTICE;
FEDERAL BUREAU OF
INVESTIGATION; and DRUG
ENFORCEMENT ADMINISTRATION**                          **DEFENDANTS**

## ORDER

The Court gave Tarkington an opportunity to show good cause why his complaint should not be dismissed pursuant to Federal Rule of Civil Procedure 11(c)(3). *Doc. 2 at 2.* He responded, maintaining his claims of government conspiracies.

Tarkington's claims have no sound basis in fact or law. Fed. R. Civ. P. 11(b)(2) & (3). The stay is lifted. The Court will dismiss Tarkington's complaint. Tarkington also has not shown extraordinary circumstances to keep this case under seal. *IDT Corp. v. eBay*, 709 F.3d 1220, 1222–23 (8th Cir. 2013). The Court directs the Clerk to unseal this case and everything that has been filed to this point.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 June 2026