**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 17 2026

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JAMES PRESTON TARKINGTON**                                    **PLAINTIFF**

v.                                    No. 4:26-cv-414-DPM

**USA; U.S. DEPARTMENT OF JUSTICE;**
**FEDERAL BUREAU OF**
**INVESTIGATION; and DRUG**
**ENFORCEMENT ADMINISTRATION**                    **DEFENDANTS**

## JUDGMENT

Tarkington's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 June 2026